BEFORE THE FIRST DIVISION, AUGUST 24, 1951

No. 55830.—Arthur I. Darman Company, Inc. v. United States, protest 130820–K (Providence).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of rabbit fur similar in all material respects to that the subject of Abstract 53024, the claim of the plaintiff was sustained.

No. 55831.—Hudson Shipping Co., Inc. v. United States, protest 171386–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of bark tanned snake skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.